UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Ashby,  
          Plaintiff,

v.  

Benjamin Montes Almodovar,  
          Defendant.

Civil No. 07-4595 (DWF/SRN)

**ORDER**

Kevin Ashby, *Pro Se*, Plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 20, 2007  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

The Clerk of Court is directed to transfer this action to the United States District Court for the District of Puerto Rico.

Dated:  December 12, 2007        s/Donovan W. Frank  
                                          DONOVAN W. FRANK  
                                          Judge of United States District Court